

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00388-CR

**HAROLD WILLIAM KISELOFF,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 37105CR

## O R D E R

Appellant was convicted of aggravated assault with a deadly weapon, family violence. *See* TEX. PENAL CODE ANN. § 22.02(a), (b)(1) (West 2011). However, he is not incarcerated at the present time because he was placed on community supervision for five years. Appellant's brief in this appeal was originally due on February 22, 2013. Counsel for appellant has requested and received four previous extensions and has now filed a fifth motion for extension of time to file his brief, requesting another 30 day

extension.  The Rules of Appellate Procedure anticipate the ability to prepare a brief within 30 days of the date the record is filed.  TEX. R. APP. P. 38.6(a).

Accordingly, appellant's motion for extension of time to file his brief is denied.

Appellant's brief is now past due.  We order appellant to file a brief within 14 days from the date of this order.  If appellant's brief is not timely filed, this proceeding will be abated to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.  TEX. R. APP. P. 38.8(b).


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed August 8, 2013
Do not publish